1468484

RECEIVED
U.S. MARSHALS SERVICE
MAR 27 2008
District of Rhode Island

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

HECTOR FIGUEROA, a/k/a BORI
DOB 1983

**WARRANT FOR ARREST**

Case Number: 1:08-MJ-51M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Angel Figueroa, a/k/a PIYI
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

knowingly, intentionally and wilfully combine, conspire, confederate and agree with others known and unknown to knowingly and intentionally distribute 100 grams or more of heroin, a Schedule I Controlled Substance,

Attest to True Copy
DAVID A. DIMARZIO
By Deputy Clerk

in violation of Title 21 United States Code, Section(s) 841(a)(1), (b)(1)(B) & 846

DAVID L. MARTIN
Name of Issuing Officer

David L Martin
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

3-27-08 Providence, RI
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Pawtucket, RI by DEA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 03/27/2008 | CJ Wyant SDUSM | S Wyant |
| DATE OF ARREST 03/27/2008 | | |